# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.GIBBS POLICY LLC, etc.,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>AXA EQUITABLE LIFE<br>INSURANCE COMPANY, etc.,<br>　　　Defendant. | CV 20-4006 DSF (RAOx)<br><br>JUDGMENT |

　　The Court having granted Defendant's motion for summary judgment and motion for judgment on the pleadings,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: May 3, 2022

　　　　　　　　　　　　　　　　　　*Dale S. Fischer*
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge